# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHERYL L. WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-2294 JAR |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 16) Plaintiff has no objection to Defendant's motion. (Doc. No. 17)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [16] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for additional vocational expert testimony in order to resolve any apparent conflicts between Plaintiff's ability to reach overhead and the reaching requirements of the jobs testified to by the vocational expert.

A separate Judgment will accompany this order.

Dated this 27th day of February, 2018.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**